STATE OF NEW JERSEY v. JORGE BARZAGA.

May 19, 1987.

Petition for certification denied.

LILLIAN HELLWIG v. J.F. RAST & COMPANY.

May 19, 1987.

Petition for certification granted. (See 215 *N.J.Super.* 247)

ADELINE WRIGHT v. STATE OF NEW JERSEY,
DEPARTMENT OF EDUCATION.

May 19, 1987.

Petition for certification denied.

CALVIN PEELE v. TRANSPORT OF NEW JERSEY.

May 19, 1987.

Petition for certification denied.